UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CRYSTAL EVANS,

   Plaintiff,                                     CASE NO.:

-VS-

IYOGI, INC.,

   Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

1.     Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2.     Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §§1331. *See* Mims v. Arrow Financial Services, LLC, 132 S. Ct. 740, 751-53 (2012).

3.     The alleged violations described herein occurred in Polk County, Florida. Accordingly, venue is appropriate with this Court under 28 U.S.C. §1391(b)(2), as it is the judicial district in which a substantial part of the events or omissions giving rise to this action occurred.

## FACTUAL ALLEGATIONS

4.     Plaintiff is a natural person, and citizen of the State of Florida, residing in Polk County, Florida.

5.     Plaintiff is the "called party." See *Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012), reh'g denied (May 25, 2012).

1

6.  Defendant is a limited liability company and a citizen of the State of New York with its principal place of business at 181 Hudson Street, 1C, New York.

7.  Defendant placed at least two-hundred (200) calls to Plaintiff's telephone in an attempt to solicit and/or advertise business in violation of 47 U.S.C. §227(b)(1)(B). See also 47 C.F.R. § 64.1200(a)(3). [Please see **Exhibit A** demonstrating at least twenty-flour phone calls from December 26, 2013 to March 26, 2014.]

8.  In or about January of 2012, Plaintiff began receiving telephone calls from Defendant regarding the purchase of computer technical support services. The subject of the calls are therefore considered an "advertisement" as defined by 47 C.F.R. § 64.1200(f)(1) and 47 C.F.R. § 64.1200(b)(3) and constitute "telephone solicitation" as defined by the TCPA, 47 U.S.C. § 227(a)(4).

9.  Defendant placed calls to Plaintiff's residential phone, number (863) 665-8140. from the following phone numbers: (877) 466-7164, (877) 488-6438, (877) 473-0267, et. al.

10. Defendant placed solicitation calls to Plaintiff's residential telephone despite Plaintiff having registered her telephone number on the national do-not-call registry as specified in 47 U.S.C. §227(c). *See Also* 47 C.F.R. § 64.1200(c)(2); (f)(9); 18 FCC Rcd 14014 (2003) (*2003 TCPA Order*).

11. Plaintiff has registered her residential telephone number with the Federal Do-Not-Call Registry in or about 2009, confirmed its registry on or about January 2013.

12. Despite being registering her number on the Do-Not-Call list, Plaintiff continued to receive solicitation calls from Defendant.

13. Plaintiff re-registered her number on the Federal Do-Not-Call Registry on February 24, 2014 in an effort to stop Defendant's ongoing calls.

14. Defendant's harassing solicitation calls to Plaintiff's residential phone are continuing through the filing of this complaint.

15. Each call the Defendant made to the Plaintiff's phone was done so without the "prior express written permission" of the Plaintiff. See <u>Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991</u>, 27 F.C.C. Rcd. 1830, 1837 (2012).

16. Many of Defendant's telephone solicitation calls to Plaintiff would disconnect prior to atleast 15 seconds or four (4) rings as outlined in 47 C.F.R. § 64.1200(a)(6).

17. Defendant has placed approximately two-hundred (200) such telephone solicitation calls to Plaintiff's aforementioned telephone number since in or about early 2012 through the filing of this Complaint. Moreover, Defendant's harassing telephone solicitation campaign involved the placement of the above described telemarketing calls to Plaintiff's resedential phone number as many as three (3) times a day.

18. Defendant has, or should be in possession and/or control of call logs, account notes, autodialer reports and/or other records that detail the exact number of calls made to Plaintiff over the relevant time period.

19. Defendant has a corporate policy of using an automatic telephone dialing system or a prerecorded or artificial voice message to solicit the sale of computer technical support services from individuals such as Plaintiff for its financial benefit.

20. Defendant knowingly employed methods and/or has a corporate policy designed to harass and abuse individuals despite consumers registerring their telephone numbers on the Nation Do-Not-Call Registry.

21. Defendant followed its corporate policy when attempting to solicit the Plaintiff.

22. Defendant has many similar complaints from consumers across the country, as those alleged in this lawsuit, by Plaintiff.

23. Defendant, willfully and/or knowingly violated the TCPA with respect to the Plaintiff.

## COUNT I
### (Violation of the TCPA)

24. Plaintiff re-alleges and incorporates by reference the allegations of Paragraphs three (1) through twenty-three (22), as if fully set forth herein.

25. Plaintiff received more than one telephone solicitation call, within a 12-month period, to her residential telephone, despite being registered on the Federal Do-Not-Call List in violation of federal law, including 47 U.S.C § 227(c).

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

/s/ *Amanda J. Allen*
**Amanda J. Allen, Esquire**
Florida Bar #: 0098228
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
aallen@forthepeople.com
jestrada@forthepeople.com
*Attorney for Plaintiff*

# Phone Call Log for (863) 665-8140

|     | Date       | Time     | Number         |
|-----|------------|----------|----------------|
| 1.  | 12/26/2013 | 10:40 am | (877) 466-7164 |
| 2.  | 12/30/2013 | 09:49 am | (877) 488-6438 |
| 3.  | 12/30/2013 | 11:11 am | (877) 488-6438 |
| 4.  | 12/31/2013 | 11:11 am | (877) 488-6438 |
| 5.  | 01/02/2014 | 12:10 pm | (877) 488-6438 |
| 6.  | 01/03/2014 | 03:19 pm | (877) 488-6438 |
| 7.  | 01/07/2014 | 10:47 am | (877) 488-6438 |
| 8.  | 01/07/2014 | 04:51 pm | (877) 473-0267 |
| 9.  | 01/07/2014 | 04:53 pm | (877) 488-6438 |
| 10. | 01/08/2014 | 02:45 pm | (877) 488-6438 |
| 11. | 01/13/2014 | 08:45 pm | (877) 488-6438 |
| 12. | 01/14/2014 | 12:12 pm | (877) 488-6438 |
| 13. | 01/21/2014 | 02:15 pm | (877) 473-0267 |
| 14. | 01/22/2014 | 09:46 am | (877) 488-6438 |
| 15. | 01/24/2014 | 11:36 am | (877) 488-6438 |
| 16. | 02/13/2014 | 09:22 am | (877) 488-6438 |
| 17. | 02/21/2014 | 11:00 am | (877) 466-7164 |
| 18. | 02/21/2014 | 04:00 pm | (877) 466-7164 |
| 19. | 02/24/2014 | 11:15 am | (877) 466-7164 |
| 20. | 02/25/2013 | 11:06 am | (877) 488-6438 |
| 21. | 03/13/2013 | 08:45 am | (877) 488-6438 |
| 22. | 03/13/2014 | 08:14 pm | (877) 473-0267 |
| 23. | 03/21/2014 | 08:17 am | (877) 488-6438 |
| 24. | 03/26/2014 | 08:37 am | (877) 488-6438 |



EXHIBIT A