IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CRYSTAL EVANS,<br><br>    PLAINTIFF,<br><br>v.<br><br>IYOGI, INC.,<br><br>    DEFENDANT. | CASE NO.  8:14-cv-01031<br><br>Judge: Elizabeth A. Kovachevich<br>Magistrate Judge Elizabeth A. Jenkins |

**JOINT MOTION TO APPEAR TELEPHONICALLY
AT CASE MANAGEMENT CONFERENCE**

The Parties, Plaintiff Crystal Evans, and Defendant Iyogi, Inc. (collectively the "Parties"), by and through undersigned counsel, respectfully request that this Court enter an Order allowing all counsel to appear telephonically at the Case Management Conference, and in support thereof, state as follows:

This Court's form Case Management Report requires the parties to hold a Case Management in person and not by telephone absent an order permitting otherwise.  Counsel for the Parties are located in different cities[1] and would therefore incur significant travel costs if its representative counsel traveled to and attended the Case Management Conference in person. Counsel have conferred and agreed that this cost may be avoided if all counsel are permitted to participate telephonically in the Case Management Conference by phone.  Additionally, counsel agree that they can adequately meet the requirements of Rule 26 and Local Rule 3.01(g) by conferring telephonically.

---

[1] Counsel are located as follows: Plaintiff - Tampa, Florida; Defendant Iyogi - Atlanta, Georgia.

ATI-2609986v1

- 2 -

The Parties have tentatively scheduled a conference call to discuss the contents of the Case Management Report telephonically on July 2, 2014 at 2:00 p.m., subject to this Court's ruling on this Motion.

Accordingly, the Parties respectfully seek leave from this Court for counsel to conduct the Case Management Conference via telephone.

**RULE 3.01(g) CERTIFICATION**

We hereby certify that, pursuant to Local Rule 3.01(g) of the District Court for the Middle District of Florida, counsel for all parties have conferred via e-mail and join in requesting the relief sought herein.

Dated: June 27, 2014

|  | Respectfully submitted, |
|---|---|
| *s/Amanda J. Allen, Esquire** | *s/Jessica C. Casey* |
| *AJA by JCC with express permission | Jessica C. Casey |
| Morgan & Morgan, P.A. | JONES DAY |
| One Tampa City Center | 1420 Peachtree Street, N.E. |
| 201 North Franklin Street | Suite 800 |
| 8th Floor | Atlanta, GA  30309.3053 |
| Tampa, FL 33602 | Telephone:  (404) 521-3939 |
| Telephone:  (813) 223-5505 | Facsimile:   (404) 581-8330 |
| Facsimile:  (813) 222-2402 | jcasey@jonesday.com |
| aallen@forthepeople.com |  |
| *Attorney for Plaintiff Crystal Evans* | *Attorney for Defendant iYogi, Inc.* |

- 3 -

## CERTIFICATE OF SERVICE

I certify that on June 27, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record for parties in the case.

*s/Jessica C. Casey*
*Attorney for Defendant iYogi, Inc.*
